UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:14-cr-158-Orl-22TBS

SAMUEL DUNN

## ORDER

Pending before the Court is Defendant Samuel Dunn's Motion to Correct Order Entered on September 3, 2014 (Doc. 30). (Doc. 31). Defendant requests permission to travel to Nutley, New Jersey to attend a memorial service for his grandmother. Counsel for Defendant represents that he has conferred with the Assistant United States Attorney prosecuting the case and Pretrial Services and they do not object to the relief requested in the motion. The Court's prior order granting Defendant's request included the date "September 9, 2014," when "September 19, 2014," was intended. Upon due consideration, the motion is GRANTED. Defendant may travel on the following conditions:

1.  Defendant is authorized to travel to Nutley, New Jersey on September 19, 2014 and then return to the Middle District of Florida on September 22, 2014.

2.  While in New Jersey, Defendant shall stay with his aunt, Sheila Dunn at 146 High Street, Nutley, New Jersey 07110.

3.  Prior to his departure, Defendant shall provide his complete itinerary to Pretrial Services. While on this trip, he shall be available to Pretrial Services by telephone and he shall follow all of Pretrial Services instructions before, during and after this trip is

completed. If required by Pretrial Services, Defendant shall appear in person at Pretrial Services in the state of New Jersey.

    4. Defendant is not permitted to travel unless and until Pre-trial Services has approved his itinerary.

    5. Defendant's conditions of release, as modified by this Order, remain in full force and effect.

    DONE AND ORDERED in Orlando, Florida, on September 4, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Defendant
    Pre-Trial Services
    United States Marshal Service